UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DONALD RAY EVANS, | ) |
| Movant, | ) |
| v. | ) No. 4:16-CV-1050 RWS |
| UNITED STATES OF AMERICA, | ) |
| Respondent, | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on movant's pro se motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255. The Court will administratively close this case because it is duplicative of *Evans v. United States*, 4:16-CV-1009 RWS, which was filed by counsel.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to administratively terminate this action.

**IT IS FURTHER ORDERED** that the Clerk is directed to docket a copy of movant's pro se motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 in *Evans v. United States*, 4:16-CV-1009 RWS, as a supplement.

Dated this 11th day of July, 2016.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE